UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

NORTHERN BOULEVARD AUTOMALL LLC
d/b/a Long Island City Volkswagen,

                              Debtor.
-----------------------------------------------------------------X
RICHARD J. MCCORD, ESQ. as Chapter 7
Trustee for the Estate of NORTHERN BOULEVARD
AUTOMALL, LLC d/b/a LONG ISLAND CITY
VOLKSWAGEN,

                 Plaintiff,
-against-

MAYORS AUTO GROUP-WOODSIDE LLC,
MAYORS AUTO GROUP WOODSIDE LLC and
MAYORS AUTO GROUP LLC,

               Defendants.
-----------------------------------------------------------------X

Chapter 7

Case No.: 19-41348-nhl

Adv. Pro. No. 21-01019-nhl

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                      )ss:
COUNTY OF NASSAU )

      **CHRISTINE C. FOLLETT,** being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

      On March 9, 2021, service of the ***Summons and Notice of Pretrial Conference in an Adversary Proceeding, and Complaint*** was made upon:

The attached list of parties in interest

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the persons on the attached list at the last known address set forth after each name.

                                                                             Christine C. Follett
                                                                             **CHRISTINE C. FOLLETT**

Sworn to before me this
9th day of March, 2021

/s/ Jill Kronfeld
Jill Kronfeld
Notary Public, State of New York
No. 01KR6256035
Qualified in Nassau County
Commission Expires Feb. 21, 2024

7361290.1

Mayors Auto Group Woodside LLC
56-15 Northern Boulevard
Woodside, NY 11377
Attention: Officer, Managing Agent or person
authorized to accept service

Mayors Auto Group LLC
56-15 Northern Boulevard
Woodside, NY 11377
Attention: Officer, Managing Agent or person
authorized to accept service

Mayors Auto Group-Woodside, LLC
56-15 Northern Boulevard
Woodside, NY 11377
Attention: Officer, Managing Agent or person
authorized to accept service

7361309.1